Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED '07 JAN 19 09:36 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDY RASMUSSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | CV 05-6342-MO<br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties the Court orders the Commissioner to pay Plaintiff, care of Plaintiff's attorney, the sum of $5,162.49 for attorney fees pursuant to the Equal Access to Justice Act.

DATED this 18th, January, 2007

_____
United States District Court Judge

ORDER